# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00527-CV

**Bernard Bilbo and Toya Bilbo, Appellants**

**v.**

**Temple Windmill Farms Homeowners Association, Inc., Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 304644, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Bernard Bilbo and Toya Bilbo filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Agreed Motion

Filed: April 4, 2025